# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:26-cv-01898-JMR-DLM |
| | ) |
| NEW MEXICO SUPREME COURT and | ) |
| NEW MEXICO BOARD OF BAR | ) |
| EXAMINERS, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF ERRATA

The United States hereby provides notice of the following clerical errors contained in the Complaint, Doc. 1.

Page 14, Paragraph 67, change "50 U.S.C. § 4045a(c)" to "50 U.S.C. § 4025a(c)"

Page 14, Paragraph 68, change "50 U.S.C. § 4042a(d)" to "50 U.S.C. § 4025a(d)"

Simultaneously with this Notice of Errata, the United States is re-filing the Complaint with the corrections to Paragraphs 67 and 68 listed above.  No other changes were made to the Complaint.


Respectfully Submitted,

TODD BLANCHE
Acting Attorney General

RYAN ELLISON                          HARMEET K. DHILLON
First Assistant United States Attorney     Assistant Attorney General
District of New Mexico                 Civil Rights Division

CARRIE PAGNUCCO
Chief

*/s/ Sean M. Cunniff*
SEAN M. CUNNIFF
Assistant United States Attorney
United States Attorney's Office
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
Phone: (505) 224-1473
Fax: (505) 346-2558
Email: sean.cunniff@usdoj.gov

ELIZABETH A. SINGER
Director, U.S. Attorneys'
Fair Housing Program

*/s/ Audrey M. Yap*
AUDREY M. YAP
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
United States Department of Justice
150 M Street NE
Washington, DC 20530
Phone: (202) 514-4713
Fax: (202) 514-1116
Email: audrey.yap@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

2